United States District Court
Northern District of California

**FILED**

DEC 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br>v.<br>FELIX MENDIETA-MATA,<br>Defendants. | Case No. 3:19-mj-72071 TSH<br><br>Charging District's Case No.<br>DR-12-cr-555 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Western District of Texas.

The defendant may need an interpreter for this language: Spanish.

The defendant:     ( ) will retain an attorney.

                            (X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport forthwith the defendant, Felix Mendieta-Mata, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: December 24, 2019

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE